# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CASE NO.: 3:17-MJ-357-DCK |
| ) | |
| V. ) | **ORDER TO UNSEAL THE** |
| ) | **SEARCH WARRANT, AFFIDAVIT** |
| IN THE MATTER OF THE SEARCH OF ) | **AND APPLICATION** |
| 1526 FLAT RIVER DRIVE, UNIT 311, ) | |
| CHARLOTTE, NORTH CAROLINA ) | |
| 28262 & DETACHED GARAGE ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion To Unseal The Search Warrant, Affidavit And Application" (Document No. 5) filed February 12, 2018 by and through R. Andrew Murray, United States Attorney for the Western District of North Carolina. The government seeks an order directing that the Search Warrant, Affidavit, and Application in the above-captioned case be unsealed;

**IT APPEARING TO THE COURT** that there no longer exists any danger to the attendant investigation in this case;

**NOW, THEREFORE, IT IS ORDERED** that the "Motion To Unseal The Search Warrant, Affidavit And Application" (Document No. 5) is **GRANTED**, and the Search Warrant, Affidavit, and Applicable in the above-captioned case are unsealed.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office.

Signed: February 14, 2018

_____
David C. Keesler
United States Magistrate Judge

SEALED DOCUMENT with access to Specified Parties/Plaintiff.